# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NICOLE BURTON, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:12-CV-1144 |
| § | |
| FREESCALE SEMICONDUCTOR, § | |
| INC., MANPOWER, INC., § | |
| MANPOWER OF TEXAS, L.P. and § | |
| TRANSPERSONNEL, INC., § | |
|     Defendants. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereby stipulate that all claims asserted by Plaintiffs or Defendants in this matter shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).  The Parties have reached a settlement agreement in this case.  The Parties shall bear their own costs and fees.

DATED:  March 9, 2016.


Respectfully Submitted,

| | |
|---|---|
| */s/ Kell A. Simon* | */s/ Shafeeqa W. Giarratani* |
| Kell A. Simon | Shafeeqa W. Giarratani |
|   State Bar No. 24060888 |   State Bar No. 24051493 |
|   kell@kellsimonlaw.com |   shafeeqa.giarratani@nortonrosefulbright.com |
| KELL A. SIMON LAW OFFICES | NORTON ROSE FULBRIGHT US LLP |
| 902 East 5th Street, Suite 500 | 98 San Jacinto Boulevard, Suite 1100 |
| Austin, Texas 78702 | Austin, Texas 78701 |
| (512) 391-1955 | (512) 536-5201 |
| (512) 588-1726 (fax) | (512) 536-4598 (fax) |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT FREESCALE SEMICONDUCTOR, INC.** |

*/s/ Scott Brutocao*
Scott Brutocao
  State Bar No. 24025781
  sbrutocao@cornellsmith.com
Desiree Brutocao
  State Bar no. 24064136
  dbrutocao@cornellsmith.com
CORNELL, SMITH, MIERL & BRUTOCAO LLP
1607 West Avenue
Austin, TX 78701
(512) 328-1540
(512) 328-1541 (fax)
**COUNSEL FOR DEFENDANTS MANPOWER INC., MANPOWER OF TEXAS L.P., AND TRANSPERSONNEL, INC.**

**CERTIFICATE OF SERVICE**

  On March 9, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

              */s/ Shafeeqa Watkins Giarratani*
              Shafeeqa W. Giarratani